IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREG HARRINGTON, Husband, and DEBRA HARRINGTON, Wife, | ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3102 |
| v. | ) ) | |
| GRAND ISLAND EXPRESS, INC., a Nebraska Corporation, RUSSELL D. LUFT, Individually, and PRIME, INC., a Missouri Corporation, | ) ) ) ) ) | AMENDED PROGRESSION ORDER |
| Defendants. | ) | |

The parties' Joint Motion to Extend the Progression Order Deadlines and Continue Trial Date, (filing no. 27), is granted and the Final Progression Order (filing 18) dated August 4, 2010 is amended as follows:

IT IS ORDERED:

a. A jury trial is set to commence on **October 17, 2011.** No more than four days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The Pretrial Conference will be held before the undersigned magistrate judge on **October 6, 2011 at 1:00 p.m.** by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 5, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c. A telephonic status conference to discuss the status of case progression and settlement will be held before the undersigned magistrate on **September 8, 2011 at 9:00 a.m.** Counsel for the plaintiff shall place the call.

d. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is:

    For the plaintiff: June 1, 2011.
    For the defendants: July 1, 2011.

e. The discovery and deposition deadline is August 1, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

f. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is September 1, 2011.

Dated this 16th day of February, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge