IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREG HARRINGTON, Husband, and<br>DEBRA HARRINGTON, Wife, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 4:10CV3102 |
| v. | )<br>) | |
| GRAND ISLAND EXPRESS, Inc., a<br>Nebraska Corporation, RUSSELL D.<br>LUFT, Individually, and PRIME, INC., a<br>Missouri Corporation, | )<br>)<br>)<br>)<br>) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

A conference call was held today to discuss the current status of case progression. The parties have jointly moved to stay the progression deadlines, (filing no. 38), because: 1) their document discovery is ongoing due to the numerous states involved; 2) the plaintiff has faced a medical setback and his future medical care and prognosis remain unclear; and 3) absent the foregoing information, the parties are not in a position to negotiate a settlement or move forward to trial. The court agrees. Accordingly,

IT IS ORDERED:

1) The parties shall continue with discovery, particularly document discovery, to the extent reasonable under the circumstances.

2) The status conference previously scheduled for September 8, 2001 is cancelled.

3) The pretrial conference and trial are removed from the court's calendar, and the discovery deadline, expert witness disclosure deadline, and dispositive and/or *Daubert* motion deadline are stayed, pending further order of the court.

4) A telephonic conference will be held on December 15, 2011 at 11:00 a.m. to discuss the current status and further progression of this case. Plaintiffs' counsel shall arrange the call.

June 16, 2011                                             BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge