IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREG HARRINGTON, Husband, and<br>DEBRA HARRINGTON, Wife,<br><br>           Plaintiffs,<br><br>    v.<br><br>GRAND ISLAND EXPRESS, Inc., a<br>Nebraska Corporation, RUSSELL D.<br>LUFT, Individually, and PRIME, INC., a<br>Missouri Corporation,<br><br>           Defendants. | 4:10CV3102<br><br>MEMORANDUM AND ORDER |

After conferring with the parties,

IT IS ORDERED:

a.  A jury trial is set to commence on **August 13, 2012.** No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b.  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 31, 2012 at 10:00 a.m.,** and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 30, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c.  The deadlines for serving supplemental expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R.Civ. P. 26(a)(2)(C)), are:

        For the plaintiffs:    February 15, 2012.
        For the defendants:   April 2, 2012.

December 15, 2011.        BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge