IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREG HARRINGTON and DEBRA HARRINGTON, | |
| Plaintiffs, | 4:10CV3102 |
| vs. | ORDER |
| GRAND ISLAND EXPRESS, INC. a Nebraska Corporation, and RUSSELL D. LUFT, Individually, and PRIME, INC., a Missouri Corporation, | |
| Defendants. | |

This matter is before the Court on the plaintiffs' stipulation to dismiss with prejudice (filing 83). The parties have reached a settlement, and the plaintiffs state that it has been funded and the appropriate lienholders paid. Filing 83 at 1. The plaintiffs request, with the defendants' consent, that the Court dismiss the case with prejudice, each party to bear its own costs. The stipulation is signed only by plaintiffs' counsel, but is considered signed by all the necessary parties, pursuant to NeCivR 7.3 and 11.1(a)(3)(A). Accordingly,

IT IS ORDERED:

1. The Court accepts the stipulation (filing 83) and will dismiss the case with prejudice, each party to bear its own costs; and

2. A separate judgment will be entered.

Dated this 10th day of September, 2012.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge